PD-0123-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/9/2015 4:08:16 PM
Accepted 7/10/2015 8:55:03 AM
ABEL ACOSTA
CLERK

No. PD-0123-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

JAMES FERNANDEZ,                                    Appellant

v.

THE STATE OF TEXAS,                                 Appellee

Appeal from Val Verde County

\* \* \* \* \*

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS BRIEF**
\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its brief to and including the 24th day of July, 2015. This office agreed to represent the State in this matter on June 24, 2015, and the additional time would provide the thirty days normally permitted a responding party. No previous motions to extend this deadline have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until July 24, 2015, be granted.

Respectfully submitted,

   /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

# CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Brief

has been eFiled or e-mailed on this the 9th day of July, 2015 to:

Melissa Hargis
Assistant Attorney General
District Attorney Pro Tem
Office of the Attorney General
Austin, TX 78711
melissa.hargis@texasattorneygeneral.gov

James Gerard McDermott, II
8140 N. Mopac
Westpark 4, Suite 250
Austin, TX 78759
james@centraltexaslawyers.com

/s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney
